THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, *v.* WILLOW BUILDERS, INC., Appellant, et al., Defendants.

Submitted March 5, 1945; decided April 5, 1945.

Motion by appellant for reargument denied, with ten dollars costs and necessary printing disbursements. [See 293 N. Y. 905.]

MARGARET WALSH, Respondent, *v.* JAMES P. KEENAN, Appellant, et al., Defendants.

Submitted March 5, 1945; decided April 5, 1945.

Motion by respondent for reargument denied, with ten dollars costs and necessary printing disbursements. [See 293 N. Y. 573.]